16020. EDWARDS *v.* THE STATE.

BLOODWORTH, J. Neither of the special grounds of the motion for a new trial requires a reversal of the judgment; the verdict is supported by evidence, and is approved by the judge who tried the case.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 13, 1925.

Indictment for adultery and fornication; from Cobb superior court—Judge Blair.  October 18, 1924.

*Morris, Hawkins & Wallace,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.